IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| vs | ) | CRIMINAL No. 01-13 ERIE |
| | ) | |
| VERNON STAFFORD | ) | |
| Defendant | ) | |

ORDER OF COURT

AND NOW, to wit, this *14th* day of March, 2007, it appearing
to the Court that the above-captioned case has been terminated
with no appeals pending, IT IS HEREBY ORDERED that the case
impounded in the Office of the Clerk of Court be returned to the
closed filing system of the Clerk's Office.

The case is to remain sealed with a copy of this Order
attached to the envelope and to the file folder.  Anyone desiring
to view the impounded case shall file a request with the Clerk
with notification to all parties.  This pleading/file is to
remain sealed for the next *25* years.

Document:  18

Maurice B. Cohill, Jr.
U.S. District Judge

FILED
'07 MAR 16 P2:50
CLERK
U.S. DISTRICT COURT